LODGED
CLERK, U.S. DISTRICT COURT

01/07/14

CENTRAL DISTRICT OF CALIFORNIA
BY: ___SB___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

JAN 27 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMUR JOHNSON,  PLAINTIFF(S)  v.  FACEBOOK,  DEFENDANT(S). | CASE NUMBER  CV14-00118 UA (DUTYx)  ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____        _____
Date                           United States Magistrate Judge

**IT IS RECOMMENDED** that the request of defendant to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency          ☒ District Court lacks jurisdiction
☒ Legally and/or factually patently frivolous   ☐ Immunity as to _____
☐ Other: _____

Comments:
The civil rights complaint is legally and factually frivolous because it fails to explain the legal or factual basis for plaintiff's allegations for relief. Plaintiff has not alleged a constitutional deprivation or the requisite state action for a civil rights claim. Furthermore, plaintiff has not stated any facts to establish jurisdiction based on diversity of citizenship, and the Court therefore lacks jurisdiction over plaintiff's complaint.

January 16, 2014                 / S / Honorable Alka Sagar
Date                             United States Magistrate Judge

IT IS ORDERED that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ GRANTED          ☒ DENIED (See comments above).

___1/27/14___                    _____
Date                             United States District Judge